UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GEORGE ZULFEKAR,

    Plaintiff,

v.

    Case No. _____

CONVERGENT OUTSOURCING, INC.,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367 1441, and 1446, defendant, Convergent Outsourcing, Inc. (COI), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Seventh Judicial Circuit, in and for Saint Johns County, Florida, to the United States District Court for the Middle District of Florida, Jacksonville Division.  The removal of this civil case is proper because:

1.    COI is a named defendant in this civil action filed by plaintiff, George Zulfekar (plaintiff), in the County Court of the Seventh Judicial Circuit, in and for Saint Johns County, Florida, titled *George Zulfekar v. Convergent Outsourcing, Inc.*, Case No. SP21-2917 (hereinafter the "State Court Action").

2. COI removes this case on the basis of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*, as plaintiff's complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), COI has timely filed this Notice of Removal. COI was served with plaintiff's complaint on September 8, 2021. This Notice of Removal is filed within 30 days of receipt of the complaint.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the County Court of Seventh Judicial Circuit, in and for Saint Johns County, Florida.

WHEREFORE, defendant, Convergent Outsourcing, Inc., hereby removes to this Court the State Court Action.

Dated: October 8, 2021

        Respectfully Submitted,

        */s/Ashley Wydro*
        Ashley Wydro, Esq.
        Florida Bar No. 0106605
        Dayle M. Van Hoose, Esq.
        Florida Bar No. 0016277
        SESSIONS, ISRAEL & SHARTLE, L.L.C.

>3350 Buschwood Park Drive, Suite 195
>Tampa, Florida 33618
>Telephone: (813) 440-5327
>Facsimile: (877) 334-0661
>awydro@sessions.legal
>dvanhoose@sessions.legal
>*Counsel for Defendant,*
>*Convergent Outsourcing, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of October 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

>Young Kim, Esq.
>Consumer Law Attorneys Corp.
>2727 Ulmerton Road, Suite 270
>Clearwater, Florida 33762
>litigation@consumerlawattorneys.com
>ykim@consumerlawattorneys.com

>*/s/Ashley Wydro*
>Attorney