UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GEORGE ZULFEKAR,

    Plaintiff,

v.                                           Case No. 3:21-cv-01009-TJC-LLL

CONVERGENT OUTSOURCING, INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Convergent Outsourcing, Inc., through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: December 3, 2021

                                             Respectfully submitted,

                                             */s/ Ashley Wydro*
                                             Ashley Wydro, Esq.
                                             Florida Bar No. 0106605
                                             Dayle M. Van Hoose, Esq.
                                             Florida Bar No. 0016277
                                             SESSIONS, ISRAEL & SHARTLE
                                             3350 Buschwood Park Drive, Suite 195
                                             Tampa, Florida 33618
                                             Telephone: (813) 890-2460

>Facsimile: (877) 334-0661
>awydro@sessions.legal
>dvanhoose@sessions.legal
>*Counsel for Defendant,*
>*Convergent Outsourcing, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of December 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below:

>Young Kim, Esq.
>Consumer Law Attorneys Corp.
>2727 Ulmerton Road, Suite 270
>Clearwater, Florida 33762
>litigation@consumerlawattorneys.com
>ykim@consumerlawattorneys.com

>*/s/ Ashley Wydro*
>Attorney