**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

GEORGE ZULFEKAR,

      Plaintiff,

                                    Case No. 3:21-cv-01009-TJC-LLL

v.

CONVERGENT OUTSOURCING, INC.,

      Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, plaintiff, George Zulfekar, and defendant, Convergent Outsourcing, Inc., by and through undersigned counsel, do hereby stipulate to the dismissal with prejudice of this entire action. Each party is to bear its own fees and costs.

Date: January 28, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Young Kim* | */s/ Ashley Wydro* |
| Young Kim, Esq. | Ashley Wydro, Esq. |
| Florida Bar No. 122202 | Florida Bar No. 0106605 |
| CONSUMER LAW ATTORNEYS CORP. | Dayle M. Van Hoose, Esq. |
| 2727 Ulmerton Rd., Ste. 270 | Florida Bar No. 0016277 |
| Clearwater, FL 33762 | SESSIONS, ISRAEL & SHARTLE |
| Telephone (877) 241-2200 | 3350 Buschwood Park Drive, Suite 195 |
| Facsimile: (813) 336-0832 | Tampa, Florida 33618 |
| ykim@consumerlawattorneys.com | Telephone: (813) 440-5327 |
| *Counsel for Plaintiff* | Facsimile: (877) 334-0661 |
| | awydro@sessions.legal |

dvanhoose@sessions.legal
*Counsel for Defendant,*
*Convergent Outsourcing, Inc.*